```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

       UNITED STATES OF AMERICA

                        Plaintiff(s)

            -vs-                                     05-CR-6134T

       JONATHAN MERINO

                        Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

```
                                     S/ MICHAEL A. TELESCA
                                    MICHAEL A. TELESCA
                                    United States District Judge

Dated:  Rochester, New York
        February 28, 2006
```